# City of Bessemer *v.* Dickens.

*Violation of City License Ordinance.*

(Decided Feb. 6, 1907.   43 So. Rep. 21.)

*Licenses; Violation of; Carrying on Business.*—In the absence of evidence to show that a sale was made, one cannot be convicted for engaging in or carrying on a business, to do which a license is required; mere preparations to engage in or carry on such business will not warrant a conviction.

APPEAL from Bessemer City Court.
Heard before Hon. WILLIAM JACKSON.

G. C. Dickens was acquitted of violating an ordinance of the city of Bessemer against engaging in or carrying on a business to do which a license was required, and the city appeals. Affirmed.

W. F. PORTER and BEN G. PERRY, for appellant.— Counsel discuss assignments of error but cite no authority.

W. K. SMITH, for appellee.—Counsel discusses questions presented but cites no authority.

McCLELLAN, J.—The appellee was, after his appeal from the mayor's court, acquitted, upon trial in the city court without jury, of all alleged violation of an ordinance against engaging in or carrying on a business to do which a license was required.

The assignments of error insisted on are directed against the propriety of the court's action in discharging appellee. The judgment of the city court must be affirmed, since the bill of exceptions fails to show that a sale was made by appellee.—*Abel's Case*, 90 Ala. 631, 8 South. 760. Mere preparation to engage in or carry on a business in violation of such ordinances is not sufficient to warrant a conviction.

Affirmed.

TYSON, C. J., and DOWDELL and ANDERSON, JJ., concur.